IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ARGONAUT GREAT CENTRAL INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>BEDSOLE ENTERPRISES, INC.,  )<br>UNITED BANK CORPORATION, and  )<br>UNITED BANK,  )<br>)<br>Defendants.  )<br>) | CIVIL ACTION NO. 5:14-CV-146 (MTT) |

## ORDER

Before the Court is the Plaintiff's request for entry of final judgment under Fed. R. Civ. P. 54(b) against Defendant Bedsole Enterprises, Inc. (Doc. 24).

The Court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties so long as there is no just reason for delay. Fed. R. Civ. P. 54(b). The Court granted default judgment against Bedsole Enterprises on July 10, 2014. (Doc. 23). There remain claims against Defendants United Bank and United Bank Corporation that are independent of those claims resolved by default judgment. However, there is no just reason for delaying entry of final judgment against Bedsole Enterprises while the claims against United Bank and United Bank Corporation continue to be litigated.

Accordingly, because there is no just reason for delay, the Plaintiff's request is **GRANTED**. The default judgment against Bedsole Enterprises shall be treated as a final judgment under Rule 54(b).

**SO ORDERED**, this 16th day of July, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
